Van E. Flury
4009 W. Kiva Street
Laveen, Arizona 85339
(602) 237-9152, (602) 319-8777

Plaintiff, Pro Per

✓ FILED      ___ LODGED
___ RECEIVED  ___ COPY

JUL 0 6 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VAN E. FLURY, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROBINSON-ADAMS INSURANCE, INC.,<br>(DBA AUCTION INSURANCE AGENCY),<br>an Alabama state corporation;<br><br>　　　　Defendant. | CASE NO.<br><br>CV 09-1407-PHX-DKD<br><br>**COMPLAINT - FOR VIOLATION OF THE FAIR CREDIT REPORTING ACT** |

## JURISDICTION

1)　Plaintiff alleges the Court's jurisdiction of this matter pursuant to a Federal Question: the alleged cause of action arising under the laws of the United States, pursuant to the: Fair Credit Reporting Act, "*FCRA*" *U.S.C. Title 15, section [ 1681 ] et seq.*

## PARTY/DEFENDANT

2)　Robinson-Adams Insurance Agency, Inc.
　　2200 Woodcrest Place
　　Birmingham, Alabama 35209

# COMPLAINT

3) Plaintiff alleges that pursuant to the federal fair credit reporting act ("FCRA") the defendant is a: "Nationwide Specialty Consumer Reporting Agency", as is defined in the *U.S.C. Title 15 section 1681a. (w)*.

4) Plaintiff further alleges that the defendant is making and is continuing to make consumer reports on an: "individual" (the plaintiff) containing [adverse] information that antedate the report by more than seven years.

## PRAYER FOR RELIEF AND DEMAND FOR JUDGMENT

5) Plaintiff prays for actual damages in the amount of: $1,000.00, for defendant's willful noncompliance; pursuant to the: *U.S.C. Title 15 section 1681n.(a)(1)(A)*.

6) Plaintiff also prays for punitive damages for such an amount as the Court may allow, and for plaintiff's costs of the action and any reasonable attorney's fees the plaintiff may incur.

DATED this: 6th day of July 2009.

BY: _____
Van E. Flury, Pro Per

4009 W. Kiva Street
Laveen, Arizona 85339
(602) 237-9152, (602) 319-8777

4009 W. Kiva Street
Laveen, Arizona 85339
(602) 237-9152, (602) 319-8777

Complaint - Fair Credit Reporting Act.