FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 1 3 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

1  Van E. Flury
2  4009 W. Kiva Street
   Laveen, Arizona 85339
3  (602) 237-9152, (602) 319-8777

4  Plaintiff, Pro Per

5  IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VAN E. FLURY, an individual,<br><br>           Plaintiff,<br><br>vs.<br><br>WOODCREST SERVICES, INC.,<br>(DBA AUCTION INSURANCE AGENCY),<br>an Alabama state corporation;<br><br>           Defendant. | CASE NO. CV 09-1407-PHX-DKD<br><br>**1ˢᵗ AMENDED COMPLAINT - TO CORRECT IMPROPERLY IDENTIFIED DEFENDANT IN ORIGINAL COMPLAINT** |

## JURISDICTION

1)   Plaintiff alleges the Court's jurisdiction of this matter pursuant to a Federal Question: the alleged cause of action arising under the laws of the United States, pursuant to the: Fair Credit Reporting Act, *"FCRA" U.S.C. Title 15, section [ 1681 ] et seq.*

## PARTY/DEFENDANT

2)   Woodcrest Services, Inc.
     2200 Woodcrest Place
     Birmingham, Alabama 35209

Complaint - Fair Credit Reporting Act.

# COMPLAINT

3) Plaintiff further alleges that pursuant to the federal fair credit reporting act ("FCRA") the defendant, Woodcrest Services, Inc., is a: "Nationwide Specialty Consumer Reporting Agency", as defined in the: *U.S.C. - Title 15 section 1681a. (w)*.

4) Plaintiff further alleges that the defendant is making and is continuing to make consumer reports on the plaintiff, an individual, that contain [adverse] information that antedate the report by more than seven years.

## PRAYER FOR RELIEF AND DEMAND FOR JUDGMENT

5) Plaintiff prays for actual damages in the amount of: $1,000.00, for defendant's willful noncompliance of the ("FCRA") pursuant to: *U.S.C. Title 15 section 1681n.(a)(1)(A)*.

6) Plaintiff also prays for punitive damages against the defendant for such an amount as the Court may allow, plaintiffs costs, and any reasonable attorney's fees incurred by plaintiff.

DATED this: 13th day of July 2009.

BY: _____
Van E. Flury, Pro Per

4009 W. Kiva Street
Laveen, Arizona 85339
(602) 237-9152, (602) 319-8777

4009 W. Kiva Street
Laveen, Arizona 85339
(602) 237-9152, (602) 319-8777

Complaint - Fair Credit Reporting Act.