IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Van E. Flury, )   No.  CIV 09-1407-PHX-DKD
                                            )
            Plaintiff, )
                                            )   **ORDER FOR DISMISSAL WITH**
vs. )   **PREJUDICE AS TO DEFENDANT**
                                            )   **WOODCREST SERVICES, INC.**
Robinson-Adams Insurance, Inc., et al., )
                                            )
            Defendants. )
_____ )

The Court having read and considered the parties' Stipulation for Dismissal with Prejudice as to Defendant Woodcrest Services, Inc., doing business as Auction Insurance Agency ("Woodcrest") (Doc. #28),

**IT IS HEREBY ORDERED** that this matter is dismissed, with prejudice, as to Woodcrest, with each side to bear their own attorneys' fees and costs.

DATED this 5th day of February, 2010.

_____
David K. Duncan
United States Magistrate Judge